```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
```
**CENTRAL DIVISION at LEXINGTON**

|  |  |
|---|---|
| EDDIE FRANKLIN | ) |
| Plaintiff, | ) Action No. 5:13-CV-332-JMH |
| v. | ) |
|  | ) **ORDER** |
| PERFORMANT RECOVERY, INC, and JOHN DOES | ) |
| Defendants. | ) |

\*\*   \*\*   \*\*   \*\*   \*\*

The parties having stipulated to the dismissal of this matter, as it has settled [DE 14], and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE,** with each party to bear its own costs, and **STRICKEN FROM THE ACTIVE DOCKET**.

This the 10th day of July, 2014.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge